JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY STEVEN BELLOWS, | Case No. 2:19-CV-4386-MCS (PD) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DEAN BORDERS, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 10, 2021.

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE